**NORTHERN PLAINS RESOURCE COUNCIL, Plaintiff—Appellant,**

v.

**WBI HOLDINGS, Defendant,**

and

**Fidelity Exploration and Production Company, Defendant—Appellee.**

No. 05–36149.

United States Court of Appeals, Ninth Circuit.

Submitted June 15, 2006.*

Decided June 19, 2006.

Jack R. Tuholske, Esq., Sarah K. McMillan, Esq., Tuholske Law Office, P.C., Missoula, MT, for Plaintiff-Appellant.

Ronald F. Waterman, Esq., Jon Metropoulos, Esq., Dana L. Hupp, Esq., Laura D. Vachowski, Esq., Gough Shanahan Johnson & Waterman, Helena, MT, for Defendant-Appellee.

Before: REINHARDT, W. FLETCHER, and GOULD, Circuit Judges.

MEMORANDUM **

Northern Plains Resource Council appeals the district court's imposition, under its inherent powers, of sanctions in the amount of $2,209.50. We vacate the order imposing sanctions.

The district court failed to make a specific finding that Northern Plains acted in bad faith in failing to comply completely with the terms of two protective orders. A specific finding of bad faith is required to support a court's imposition of sanctions pursuant to its inherent powers. *See Roadway Express, Inc. v. Piper,* 447 U.S. 752, 767, 100 S.Ct. 2455, 65 L.Ed.2d 488 (1980); *United States v. Stoneberger,* 805 F.2d 1391, 1393 (9th Cir.1986). Further, there is no evidence in the record that Northern Plains acted in bad faith; "bad faith" requires that the conduct be willful or reckless with an improper motive. *See Fink v. Gomez,* 239 F.3d 989, 993–94 (9th Cir.2001).

Accordingly, the order imposing sanctions is VACATED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.